UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-33961
Adetutu C Marinho )
) Chapter: 13
) Honorable Timothy A. Barnes
)
)
Debtor(s) )

## ORDER AUTHORIZING THE DEBTOR TO ENTER INTO THE ILLINOIS HARDEST HIT FUND PROGRAM

This matter coming to be heard on the Debtor's MOTION TO AUTHORIZE, heard the arguments of counsel, and due notice having been provided,

IT IS HEREBY FOUND THAT:

The refusal of the Illinois Housing Development Authority to offer assistance to a debtor in bankruptcy absent a court order is unreasonable and not supported by applicable law.

Despite the request for a court order being a waste of judicial and other resources, the court will provide the unnecessary order so as for the debtor not to be unfairly prejudiced by the IHDA's recalcitrance.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

The Debtor, Adetutu C Marinho, has the authority to enter into the Hardest Hit Fund Program and is not restrained from doing so by the existence of the Debtor's bankruptcy case.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: 07 FEB 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600