United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE: Adetutu C Marinho

Case No. 18-33961

Debtor(s)

In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the Debtor has submitted a Proof of Claim for you in the amount of $20507.00, Claim# 8.

Claimant

Name: Cornerstone/American Education Services
Address: Attn: Bankruptcy
City, State Zip: Po Box 2461
Harrisburg, PA 17105

Date: March 05, 2019

Jeffrey P. Allsteadt, Clerk

Rosario Ruiz
Deputy Clerk

Updated 9/5/18 SO

United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                                          Case No. 18-33961

Adetutu C Marinho

Debtor(s)

## Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

Creditor Name & Address:

Cornerstone/American Education Services
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

Debtor Name & Address:

Adetutu C Marinho
365 Elk Blvd
Des Plaines, IL 60016

The following parties received electronic notification

Attorney for Debtor Name:

David H Cutler

Trustee Name:

Marilyn O Marshall

Date:    March 05, 2019                                     Rosario Ruiz
                                                                                           Deputy Clerk